**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rene Augusto VARGAS, Defendant–Appellant.**

**No. 13–15636**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 15, 2015.

Kathleen Mary Salyer, John Richard Byrne, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Grace Marilyn Casas, Law Office of Grace Marilyn Casas Esq., Coral Gables, FL, Rene Augusto Vargas, FCI Marianna–Inmate Legal Mail, Marianna, FL, for Defendant–Appellant.

Before JULIE CARNES, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Grace Casas, counsel for Rene Vargas, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED,** and Vargas's conviction and sentence are **AFFIRMED.**